UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BONNIE C. MANGAN, TRUSTEE,  :
:
PLAINTIFF,  :
:    No. 3:11-cv-00300-JCH
V.  :
:
CAPITAL MANAGEMENT SERVICES  :
GROUP, INC.,  :    STIPULATION OF DISMISSAL
:    WITH PREJUDICE
DEFENDANT.  :
:

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on her complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF,
BONNIE C. MANGAN, TRUSTEE

By: _____
Daniel S. Blinn (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Ste. 512
Rocky Hill, CT 06067
Tel: 860-571-0408
Fax: 888-522-1692
E-Mail: dblinn@consumerlawgroup.com

Her Attorney

THE DEFENDANT,
CAPITAL MANANGEMENT
SERVICES, L.P

By: _____
Jonathan D. Elliot (ct05762)
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel:    203-333-9441
Fax:   203-333-1489
E-Mail: jelliot@znclaw.com

Its Attorneys

So Ordered: _____    Dated: